1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MARTHA GABRIELA SILVA, an          Case No. 3:16-cv-00651-DMS-DHB
     individual,
12                                        **ORDER GRANTING JOINT**
                    Plaintiff,            **MOTION TO DISMISS CASES**
13
            v.
14
     CREDIT ONE BANK, N.A.,
15

16

17          Pursuant to Federal Rules of Civil Procedure Rule 41(1)(a)(2), the Court

18   GRANTS the parties' joint motion to dismiss the following cases **with prejudice:**

19          Jones v. Credit One Bank, N.A., 3:16-cv-00940-DMS-DHB;

20          Dorsey v. Credit One Bank, N.A., 3:16-cv-00915-DMS-DHB;

21          Gill v. Credit One Bank, N.A., 3:16-cv-00913-DMS-MDD;

22          Harris v. Credit One Bank, N.A., 3:16-cv-00908-DMS-DHB;

23          Byers v. Credit One Bank, N.A., 3:16-cv-00904-DMS-DHB;

24          Bare v. Credit One Bank, N.A., 3:16-cv-00710-DMS-DHB;

25          Chism v. Credit One Bank, N.A., 3:16-cv-00672-DMS-DHB;

26          Gomez v. Credit One Bank, N.A., 3:16-cv-00659-DMS-DHB;

27          Lawrence v. Credit One Bank, N.A., 3:16-cv-00658-DMS-DHB; and

28          Silva v. Credit One Bank, N.A., 3:16-cv-00651-DMS-DHB.

Case No. 3:17cv2299 DMS (JMA)

And the following case to be dismissed **without prejudice:**

      Garcia v. Credit One Bank, N.A., 3:16-cv-00706-DMS-DHB.

      **IT IS SO ORDERED.**

Dated:  March 20, 2019

Hon. Dana M. Sabraw
United States District Judge